UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD BANGO,<br><br>        Plaintiff,<br><br>  v.<br><br>EILEEN BISSON, et al.,<br><br>        Defendants. | CASE NO. C17-5606 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's complaint is **DISMISSED without prejudice**.

Dated this 2nd day of November, 2017.

                                              BENJAMIN H. SETTLE
                                              United States District Judge